**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| José Parra, et al., | ) | |
| Plaintiffs, | ) | No. CIV 02-591 PHX RCB |
| Vs. | ) | O R D E R |
| Bashas', Inc., | ) | |
| Defendants. | ) | |

After reviewing the "Notice of Violation of Court Order and Motion for Discovery and Evidentiary Hearing Regarding Violation of Confidential Order" filed by defendant Bashas', Inc. (Doc. 243), plaintiffs' opposition thereto (doc. 245), and defendant's reply (doc. 250), the court hereby orders a hearing to be held for the limited purpose of determining whether discovery should be imposed in this matter, and if so, in what form, with respect to plaintiff's alleged breach of the court's October 1, 2003, confidentiality order.

Therefore,

IT IS ORDERED that such a hearing be held on Monday, November

1 | 27, 2006, at 2:15 p.m.
2 |     DATED this 1st day of November, 2006.

*(signature)*
Robert C. Broomfield
Senior United States District Judge

8 | Copies to counsel of record

- 2 -