8/20.

**FILED**

**AUG 0 7 2008**

**MOLLY C. DWYER, CLERK**
**U.S. COURT OF APPEALS**

No. 06-16038

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CV 02-591 PHX-RCB

JOSÉ PARRA, GONZALO ESTRADA, AURELIA MARTINEZ

Plaintiffs-Appellants,

v.

BASHAS', INC.,

Defendant-Appellee

On Appeal from the U.S. District Court, District of Arizona
Hon. Robert C. Broomfield
District Court Case No. CV-02-0591-PHX-RCB

## BILL OF COSTS

| | |
|---|---|
| ELIZABETH A. LAWRENCE | JOCELYN D. LARKIN |
| SARAH VARELA | *Counsel of Record* |
| DAVIS, COWELL & BOWE, LLP | THE IMPACT FUND |
| 595 Market Street, Suite 1400 | 125 University Avenue |
| San Francisco, California 94105 | Berkeley, CA 94710 |
| (415) 597-7200 | (510) 845-3473 |

Attorneys for Plaintiffs and Appellants



COPY

**Form 10. Bill of Costs** .................................................................... *(Rev. 1-1-05)*

United States Court of Appeals for the Ninth Circuit

### BILL OF COSTS

**Note:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

Parra, et al. v. Bashas', Inc.                                    CA No. 06-16038

The Clerk is requested to tax the following costs against: Bashas', Inc.

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page ** | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page | TOTAL COST |
| Excerpt of Record | 7 | 322 | .10 | 225.40 | 7 | 322 | .10 | 225.40 |
| Appellant's Brief | 20 | 31 | .10 | 62.00 | 20 | 31 | .10 | 62.00 |
| Appellee's Brief | | | | | | | | |
| Appellant's Reply Brief | 20 | 24 | .10 | 48.00 | 20 | 24 | .10 | 48.00 |
| Other | | | | | | | | |
| | | | TOTAL | $ 335.40 | | | TOTAL | $335.40 |

**Form 10. Bill of Costs -** *Continued*

**Other:** Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

\* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

\*\* Costs per page may not exceed .10 or actual cost, whichever is less. Circuit Rule 39-1.

I, Sarah Varela, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature: _Sarah Varela_
Date: August 6, 2008

Name of Counsel (printed or typed): Sarah Varela
Attorney for: Plaintiffs and Appellants

Date: 09/25/08        Costs are taxed in the amount of $ 335.40

Clerk of Court
By: _____, Deputy Clerk

A TRUE COPY
MOLLY C. DWYER
Clerk of Court
ATTEST

SEP 2 5 2008

by: _____
Deputy Clerk

PROOF OF SERVICE
STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

      I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 595 Market Street, Suite 1400, San Francisco, CA 94105. On August 7, 2008, I served the document(s) described as

## BILL OF COSTS

in this action by:

[ ]   placing the true copies thereof enclosed in (a) sealed envelope(s) addressed as stated on the attached service list:

[X]   placing [ ] the original [X] a true copy thereof in (a) sealed envelope(s) addressed as follows:

      Stephanie Quincy                         Attorneys for Defendant-Appellee
      Steptoe & Johnson, L.L.P.
      201 East Washington Street, Suite 1600
      Phoenix, Arizona 85004-2382

[ ]   (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered via an overnight delivery service UPS in lieu of delivery by mail to the addressee(s).

      Executed on August 7, 2008, at San Francisco, California.

[ ]   (STATE)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (FEDERAL)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                              */s/ Miriam I. Tom*
                              Miriam I. Tom