1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| José Parra; Gonzalo Estrada; Aurelia Martinez, on behalf of themselves and all individuals similarly situated,<br><br>        Plaintiffs,<br><br>           v.<br><br>Bashas', Inc.,<br><br>        Defendant. | No. CIV 02-0591-PHX-RCB<br><br>   O R D E R |

Prior to this court's ruling on the issue of class certification of the unequal pay claim in this case, defendant Bashas', Inc. filed for Chapter 11 bankruptcy. See Doc. 288. In accordance with 11 U.S.C. § 362, the Bankruptcy Code's automatic stay provision, Bashas' "ceased any further action in this matter." Id. at 1:22-23 (citation omitted). Effective August 28, 2010, that stay was "terminated" as part of the United States Bankruptcy Court's Order Confirming Plan. See Doc. 293, and attachment 1 thereto (Doc. 293-1). After the termination of that stay,

plaintiffs filed the pending "Request for Ruling" on the class certification issue (Doc. 294).  Plaintiffs are "request[ing] that the Court rule on the issue of the certification of the unequal pay claim . . . so that a trial may be set for adjudication of the working conditions and pay class claim, if certified."  Id. at 2:17-19.

In the meantime, on December 6, 2010, the Supreme Court granted *certiorari* in Wal-Mart Stores, Inc. v. Dukes, 603 F.3d 571 (9th Cir. 2010) (*en banc*), *cert. granted*, --- S.Ct. ---, 2010 WL 3358931, 79 U.S.L.W. 3128 (U.S. Dec. 6, 2010) (No. 10-277). Resolution of Dukes has the potential to significantly impact the class certification motion pending before this court.  Therefore, rather than deciding this case in haste without the benefit of the Supreme Court's decision in Dukes, this court will defer resolution of the class certification issue pending a decision in Dukes.  See Mazza v. American Honda Motor Co., Inc., No. 09-55376, (9th Cir. Dec. 7, 2010) ("Submission . . . DEFERRED" after full briefing and oral argument "pending the Supreme Court's decision in" Dukes[]").

IT IS SO ORDERED plaintiffs' Request for a Ruling at this time is denied.

DATED this 15th day of December, 2010.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record