**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOSE PARRA, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　　　vs.<br><br>BASHAS', INC.,<br><br>　　　　　　Defendant. | No. CIV 02-0591-PHX-RCB<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION TO FILE SUPPLEMENTAL BRIEFS RE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

　　　Pursuant to Defendant Bashas', Inc.'s "Motion for Extension to File Supplemental Briefs re Plaintiffs' Motion for Class Certification" (Doc. 299), and good cause appearing therefore;

　　　**IT IS ORDERED** that the motion is **GRANTED**. Supplemental briefs regarding Plaintiffs' Motion for Class Certification are due on or before September 2, 2011. Rebuttal briefs, if any, are due on or before September 16, 2011.

　　　DATED this 26th day of August, 2011.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Robert C. Broomfield
　　　　　　　　　　　　　　　　　Senior United States District Judge

Copies to counsel of record