**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Jose Parra, *et al.*       )
                           )
         Plaintiffs,       )   No. CV 02-0591-PHX-RCB
                           )
    vs.                    )        O R D E R
                           )
Bashas', Inc.              )
                           )
         Defendant.        )
_____)

In accordance with LRCiv 7.2(g)(2), the court hereby **ORDERS**:

(1) the plaintiffs to file a response to Bashas' Motion for Reconsideration of Order Certifying Class on Plaintiffs' Pay Claim (Doc. 309) no later than **fourteen (14) days** from the date of entry of this order; and

(2) a reply, if any, **shall** be filed no later than **seven (7) days** after service of the response.

DATED this 21st day of June, 2011.

_____
Robert C. Broomfield
Senior United States District Judge

1  Copies to counsel of record
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28