WO

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| JOSÉ PARRA; GONZALO ESTRADA; AURELIA MARTINEZ, on behalf of themselves and all individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BASHAS', INC.,<br><br>Defendant. | Case No.   CIV 02-0591-PHX-RCB<br><br>ORDER GRANTING EXTENSION OF TIME RE:  MOTION FOR RECONSIDERATION AND CLASS NOTICE PLAN |

The parties have jointly requested a modification of the briefing schedule for Defendant's Motion for Reconsideration of the Class Certification Order and for the submission of a Class Notice and Notice Plan.  Good cause appearing, the Court orders:

1. Plaintiffs' opposition to Defendant's Motion for Reconsideration of the Class Certification Order is due on July 15, 2013.

2. Defendant's reply brief in support of Defendant's Motion for Reconsideration of the Class Certification Order is due on July 29, 2013.

Case No CIV 02-0591-PHX-RCB

3. The parties' joint submission of a Class Notice, Notice Plan and Timeline is due on July 29, 2013.

IT IS SO ORDERED.

DATED this 28th day of June, 2013.

_____
Robert C. Broomfield
Senior United States District Judge

Case No CIV 02-0591-PHX-RCB