WO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Gonzalo Estrada; Aurelia Martinez, on behalf of themselves and all individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Bashas' Incorporated,<br><br>Defendant. | No. CV-02-00591-PHX-RCB<br><br>**O R D E R** |

Pursuant to this court's March 31, 2014 order, the parties have jointly submitted a Stipulation Regarding Amended Class Notice and Class Notice Plan (Doc. 319). In that Stipulation the parties expressly requested that this court approve the Amended Class Notice, attached as exhibit 1 to the Stipulation. Stip. (Doc. 319) at 2:27-3:2, ¶ 6. That Notice is in English, with a complete Spanish translation. Id.

The court hereby **GRANTS** the parties' stipulated request to approve the Amended Class Notice (Doc. 319 and exh. 1 thereto (Doc. 319-1)), with the following additions:

(1) Paragraph 15 of that Notice shall include:

    (a) the postmark date, which is 30 days from the date of entry of this order;

    (b) the Notice Administrator's mailing address;

    (c) the FAX number for Exclusion Requests;

1         (d)  the date for FAXing Exclusion Requests, which is 45 days from the

2         date of entry of this order; and

3   (2)  Paragraph 22 of that Notice shall include:

4         (a)  The Impact Fund's telephone number.

5 DATED this 2nd day of May, 2014.

*[signature]*
Stephen M. McNamee
Senior United States District Judge